Jesus is the Savior, the Creator of Heaven and Earth, and the Lord of Heaven and Earth. Jesus is the Father, Jesus is the Son, and the Holy Spirit is the Holy Spirit. Today I would like to address on the basis of what I spoke earlier in the introduction to this brochure the liberation of Jesus Christ from his death. Jesus is the Son of the Father, the Son of the Holy Ghost. He is the Father, the Son, and the Holy Spirit. He is the way, the truth, and the life. In which case, I consider it to be an interesting set of arguments. One of the interesting arguments in this proposition is to talk about the concept of self-love. One of the reasons it may be self-love, or a special procedure, to enter into the love of our salvation, is to show her what she calls self-love. And it's one of the most obvious and serious arguments. I'm going to say a couple of things before I move on. I think something interesting in this brochure is how human beings can have some state of self-satisfaction, and some state of disarmament, and that self-satisfaction does not support a period of certain hours of pleasure, and a certain amount of sleep. What is your best argument? Well, I think that in the early days, a lot of the firms in the church were trying to show that all of human beings could be selfless, that they could be selfless, and that's why a lot of the firms in the church were trying to have a state of self-satisfaction. A state of self-satisfaction in your clients' lives, or in your clients' careers, for example, that's what you're talking about. It's just not the same for people. It's the same in all sorts of areas. What is your response? Well, it's interesting. Over the course of years, over the seven years, I think it's about six to nine years, of course it depends on this, there were some individuals in the area that was embracing the questions more than everything else that this information was. They believed that the discredibility determination could come much more from the determination of the individuals themselves than the determination of others. What is your response to that? You know, I was on a representative team for a few years, and I've been on a team for a few years, for a few years, and I assume that the most common misinterpretation that you saw was the individuals that somehow to try to avoid on the basis of simply trying to sort of prompt some ideology change and try to assume that that individual could potentially make that decision? Is that what you think? Okay, let's try to go back to the year engineering, looks like we have a good advice before we have a quick break. Wipe yourself dry,  organized then we usually would. Thank you. Excuse me, this is Chloe from London on holdalls!! Let me interview you for two months on your Beautiful And secondly, I would like to ask you to be open for questions.     to take your questions that I have not the time  answer your questions. Thank you. Thank you.             to you shortly. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you, thank you. Thank you, thank you. Thank you. Thank      much. Thank you. And let me you very much. And she was telling people kind of how they used to speak. She would say, you can't be friends with some prime minister. She's like that. She said, if you can't understand her, don't worry about me. I don't need to hear what you're talking about. So it's an explanation that could have been read, but it's just not required. You need to read every exclamation, judgment, and excuse. You need to know what is possible and what is not. And she gave us a standard reading of the evidence, telling the court that she was totally wrong, and she was completely wrong. This is very rude. I'll move to some further questions. All right. We just wanted to address the argument that it is really not needed for final proofs. There's a couple of chances. Here's the next requirement in the calculus. All that's needed is to have the proof that she's lying, and not to be tortured by the evidence that she rejoices in the law. The standard is severe enough to be considered torture, and she has already agreed that the standard was enough to be considered persecution. Now, if we look at the scientific system, I believe that if she doesn't have a certain amount of proof, then she's wrong. She's lying, and not to be tortured by the evidence. So, here are the questions. Thank you for listening. Today, you've used just our arguments. We'll move on to session. Your argument is the United States versus U.S. experience.
judges: D.W. Nelson, Noonan, O'Scannlain